UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re BERNARD L. MADOFF
INVESTMENT SECURITIES LLC,

18 **CIVIL** 9916 (VSB)
19 **CIVIL** 812 (VSB)

------------------------------------------------------------X

In re BERNARD MADOFF INVESTMENT
SECURITIES LLC,
               Debtor

**JUDGMENT**

------------------------------------------------------------X

IRVING H, PICARD
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC,

        Plaintiff-Appellee,

       -against-

BAM L.P., et al.,
        Defendant-Appellants.
------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 26, 2020, that Defendants' motion to withdraw the reference (Doc. !), is denied; it is further ORDERRED that Defendants' motion for leave to appeal, (In re: Bernard L. Madoff Investment Securities LLC, 19-cv-812, Doc.1), is denied; the motion at Document 1 of 18-cv-9916, is terminated, and the appeal at In Re: Bernard L. Madoff Investment Securities LLC, 19-cv-812, Doc.1 is closed.

Dated:  New York, New York
           February 27, 2020

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON